✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____  Nevada

James B. Gibson,

Plaintiff,

V.

State Farm Mutual Auto Insurance
Company et al,

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:13-cv-00650-RFB-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☒ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff, James B. Gibson, shall recover from Defendants, State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company, judgment in the amount of $433,000.00 inclusive of all costs and attorneys fees.

November 5, 2014

Date

/s/ Lance S. Wilson

Clerk

T. Renfro

(By) Deputy Clerk