RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:     (702) 839-1100
Facsimile:      (702) 839-1113
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAMES B. GIBSON,<br><br>                                   Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, STATE FARM FIRE & CASUALTY COMPANY, and DOES I – V, and ROE CORPORATIONS I – V, inclusive,<br><br>                                   Defendant. | Case No: 2:13-cv-00650-RFB-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between THOMAS C. CHRISTENSEN, ESQ., of the CHRISTENSEN LAW OFFICES, attorneys for Plaintiff, JAMES B. GIBSON, and RYAN L. DENNETT, ESQ., attorneys for Defendants, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE & CASUALTY COMPANY, that the within matter be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

| **CHRISTENSEN LAW OFFICES** | **DENNETT WINSPEAR, LLP** |
|---|---|
| By _____<br>THOMAS C. CHRISTENSEN, ESQ.<br>Nevada Bar No. 2326<br>1000 S. Valley View Blvd.<br>Las Vegas, Nevada  89107<br>Telephone: (702) 216-1446<br>Facsimile:   (702) 870-6152<br>Attorneys for Plaintiff | By _____<br>RYAN L. DENNETT, ESQ.<br>Nevada Bar No. 005617<br>3301 N. Buffalo Drive, Suite 195<br>Las Vegas, Nevada  89129<br>Telephone:     (702) 839-1100<br>Facsimile:      (702) 839-1113<br>Attorneys for Defendants |

**ORDER**

UPON STIPULATION OF COUNSEL and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the within matter be, and is hereby dismissed, in its entirety, with prejudice, each party to bear their own attorneys' fees and costs.

APPROVED:

DATED this 16th day of February, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge

Submitted by:

DENNETT WINSPEAR, LLP

By_____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
DENNETT WINSPEAR, LLP
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:   (702) 839-1100
Facsimile:    (702) 839-1113
**Attorneys for Defendants**